UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-mc-20125

IN RE: Request from Switzerland Pursuant to the Treaty Between the United States of America and the Swiss Confederation on Mutual Assistance in Criminal Matters in the Matter of Claudio Eleazar Osorio Rodriguez
_______________________________/

# ORDER

Upon application of the United States, and upon review of the Request from Switzerland dated January 27, 2009 seeking evidence under the pursuant to the Treaty Between the United States of America and the Swiss Confederation on Mutual Assistance in Criminal Matters, May 25, 1973, 27 U.S.T. 2019, T.I.A.S. 8302, entered into force January 23, 1977, for use in a criminal investigation, prosecution, or procedure related to the prosecution in Switzerland, and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by the Treaty and 18 U.S.C. § 3512, as well as this Court's inherent authority, that Aurora Fagan (or a substitute or successor designated by the Office of the United States Attorney) is appointed as the commissioner of this Court and hereby directed to execute the Treaty Request and to take such steps as are necessary to collect the evidence requested. In doing so, the commissioner:

1. may issue commissioner's subpoenas to be served at any place within the United States on persons (natural and legal) ordering them or their representatives to appear and to testify and produce evidence located within the United States;

2. shall provide notice with respect to the collection of evidence to those persons identified in the Request as parties to whom notice should be given (and no notice to any other party shall be required);

3. shall adopt procedures to collect the evidence requested consistent with its use in the investigation, prosecution or other proceeding in Switzerland for which investigating Magistrate of the Canton of Geneva has requested assistance, which procedures may be specified in the Request or provided by or with the approval of Swiss Central Authority the under the Treaty;

4. may, in collecting the evidence requested, be accompanied by persons whose presence or participation is authorized by the commissioner, including, without limitation, special agents of the Federal Bureau of Investigations and/or representatives of Switzerland who, as authorized or directed by the commissioner, may direct questions to any witness;

5. may seek such further orders of this Court as may be necessary to execute this Request, including orders to show cause why persons served with commissioner's subpoenas who fail to produce evidence should not be held in contempt, and including protective orders to regulate the use of the evidence collected;

6. shall certify and submit the evidence collected to the Office of International Affairs, Criminal Division, U.S. Department of Justice, or as otherwise directed by that Office for transmission to Switzerland; and,

7. may provide copies of the evidence collected to persons identified in the Request as parties to whom such copies should be given (and to no other persons).

IT IS FURTHER ORDERED that any person from whom the commissioner seeks to collect evidence may, for good cause shown, oppose the giving of evidence, or the circumstances thereof, by motion timely filed with this Court, a copy of which shall be provided contemporaneously to the commissioner.

IT IS FURTHER ORDERED that parent company CHS Electronics Inc., and its officers, Claudio Eleazar Osorio Rodriguez, Director of CHS Finance and Electronics, Craig Toll, former Chief Financial Officer of CHS Electronics, Marc Schurtz, Director of CHS Finance, John Metzger, Director of CHS Finance, Pierino Lardi, Director of CHS Finance, and Electronics, William Ferrero, Director of CHS Finance, and Andre Tinguely, Auditor of CHS Finance, shall not disclose to its customers or to any person jointly holding an account with that customer, any aspect of this matter, including the fact that it/they have received a subpoena or it/they have given testimony or evidence in response thereto.

[signature]

UNITED STATES DISTRICT JUDGE
URSULA UNGARO

Dated: Jan. 14, 2011

cc: Aurora Fagan, AUSA